# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: ) | |
| ) | **ORDER** |
| Clare Zimmerman, ) | |
| ) | Bankruptcy No. 10-60880-DDO |
| Debtor. ) | |

This case came before the court on the motion of Liberty Savings Bank, fsb, seeking relief from the stay of actions imposed by 11 U.S.C. §362. Based upon all of the files and records:

**IT IS HEREBY ORDERED THAT** Liberty Savings Bank, fsb, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. §362 with regard to that certain mortgage dated November 17, 2003, executed by Clare Zimmerman, a single adult, covering real estate located in Benton County, Minnesota, legally described as follows:

THAT PART OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER (SW 1/4 NE 1/4) OF SECTION 27, TOWNSHIP 37, RANGE 31, BENTON COUNTY, MINNESOTA, LYING SOUTH AND WEST OF THE SOUTH MEANDER LINE OF GOODHUE CREEK, AND LYING WESTERLY AND NORTHWESTERLY OF THE CENTER LINE OF STATE AID ROAD NUMBER 55, ALSO KNOWN AS RIVER ROAD NORTHEAST, AND LYING EASTERLY OF THE FOLLOWING DESCRIBED LINE: COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 27, THENCE SOUTH 00 DEGREES 55 MINUTES 46 SECONDS WEST, AN ASSUMED BEARING, ALONG THE EAST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 27, A DISTANCE OF 2661.58 TO THE EAST QUARTER CORNER OF SAID SECTION 27; THENCE SOUTH 88 DEGREES 28 MINUTES 00 SECONDS WEST, ALONG THE SOUTH LINE OF THE NORTHEAST QUARTER, AS DETERMINED BY THE FEDERAL METHOD FOR SUBDIVIDING A FRACTIONAL SECTION, A DISTANCE OF 265.03 FEET, MORE OR LESS, TO THE CENTERLINE OF COUNTY ROAD 55, AS NOW CONSTRUCTED AND TRAVELED (AS OF FEBRUARY 21, 2001); THENCE NORTH 68 DEGREES 49 MINUTES 59 SECONDS, EAST, ALONG SAID CENTERLINE A DISTANCE OF 284.06 FEET; THENCE 223.55 FEET NORTHEASTERLY, ALONG SAID CENTERLINE, AND A

TANGENTIAL CURVE CONCAVE TO THE NORTHWEST, HAVING A CENTRAL ANGLE OF 22 DEGREES 21 MINUTES 12 SECONDS AND A RADIUS OF 573.01 FEET, TO THE POINT OF BEGINNING OF THE LINE TO BE DESCRIBED; THENCE NORTH 00 DEGREES 55 MINUTES 48 SECONDS WEST, PARALLEL TO THE WEST LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER (SW 1/4 NE 1/4), A DISTANCE OF 530 FEET, MORE OR LESS, TO THE THREAD OF GOODHUE CREEK AND SAID LINE THERE TERMINATING

and may pursue its remedies under state law in connection with the subject.

Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

DATED: October 26, 2010

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/26/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk

POctober 5, 2010:C2009 09 02
F:\DATA\3584\252\Pleadings\Order.wpd lmh